**Exhibit C**

Construction Budget and Timeline

| DIP Loan Budget | Totals | | Mar-25 1 | Apr-25 2 | May-25 3 | Jun-25 4 | Jul-25 5 | Aug-25 6 | Sep-25 7 | Oct-25 8 | Nov-25 9 | Dec-25 10 | Jan-26 11 | Feb-26 12 | Mar-26 13 | Apr-26 14 | May-26 15 | Jun-26 16 | Jul-26 17 | Aug-26 18 | Sep-26 19 | Oct-26 20 | Nov-26 21 | Dec-26 22 | Jan-27 23 | Feb-27 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **General Operating** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ad-Valorem Taxes Outstanding | 2,820,564 | | 2,820,564 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2025 Ad-Valorem Tax Reserve | 490,325 | | - | - | - | - | - | 490,325 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CAM Charges Outstanding | 178,010 | | 178,010 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance, D&O | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance, Property | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total General Operating** | **3,488,900** | | **2,998,575** | - | - | - | - | **490,325** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Restructuring & Professional Services** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Appraiser | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Architecture [ODA Architecture] | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Engineering [Mottola Rini Engineers, P.C.] | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Expeditor [JM Zoning] | - | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Debtor Legal | 225,000 | | 100,000 | - | - | - | 50,000 | 25,000 | 25,000 | 25,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Chief Restructuring Officer | 50,000 | | 50,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| United States Trustee | 139,530 | | - | - | 51,530 | - | - | 25,000 | - | - | 25,000 | - | - | 18,000 | - | - | 5,000 | - | - | 5,000 | - | - | 5,000 | - | - | 5,000 |
| **Total Restructuring & Professional Services** | **414,530** | | **150,000** | - | **51,530** | - | **50,000** | **50,000** | **25,000** | **25,000** | **25,000** | - | - | **18,000** | - | - | **5,000** | - | - | **5,000** | - | - | **5,000** | - | - | **5,000** |
| **Hard Costs to Complete** | | | | | | | | | | | | | | | | | | | | | | | | | |
| General Requirements | 95,504 | | 11,938 | 11,938 | 11,938 | 11,938 | 5,969 | 5,969 | 5,969 | 5,969 | 5,969 | 5,969 | 5,969 | 5,969 | - | - | - | - | - | - | - | - | - | - | - | - |
| Wood, Plastics & Composites | 2,727,662 | | 280,000 | 325,000 | 325,000 | 300,000 | 300,000 | 280,000 | 220,000 | 220,000 | 160,000 | 140,000 | 140,000 | 37,662 | - | - | - | - | - | - | - | - | - | - | - | - |
| Thermal & Moisture Protection | 310,801 | | 31,754 | 36,857 | 36,857 | 34,022 | 34,022 | 31,754 | 24,949 | 24,949 | 18,145 | 15,877 | 15,877 | 5,738 | - | - | - | - | - | - | - | - | - | - | - | - |
| Openings | 258,336 | | - | 40,000 | 65,000 | 65,000 | - | - | 55,000 | 33,336 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Finishes | 2,620,232 | | - | 350,000 | - | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 270,232 | - | - | - | - | - | - | - | - | - | - | - | - |
| Specialties | 179,010 | | - | 45,000 | 50,000 | - | - | - | - | 35,000 | 35,000 | - | 14,010 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Appliances | 246,400 | | - | 49,280 | - | - | - | - | - | - | - | 197,120 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fire Suppression | 226,800 | | - | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 18,000 | 8,800 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plumbing | 1,498,700 | | - | 160,000 | 145,000 | 145,000 | 145,000 | 145,000 | 145,000 | 220,000 | 88,000 | 122,000 | 122,000 | 61,700 | - | - | - | - | - | - | - | - | - | - | - | - |
| Mechanical | 1,026,003 | | - | 93,273 | 93,273 | 93,273 | 93,273 | 93,273 | 93,273 | 93,273 | 93,273 | 93,273 | 93,273 | 93,273 | - | - | - | - | - | - | - | - | - | - | - | - |
| Electrical | 1,834,380 | | - | 185,000 | 175,000 | 175,000 | 175,000 | 175,000 | 175,000 | 175,000 | 150,000 | 150,000 | 150,000 | 149,380 | - | - | - | - | - | - | - | - | - | - | - | - |
| Elevator (Allowance) | 180,000 | | - | - | 45,000 | - | 34,000 | - | 40,000 | - | - | 20,000 | 20,000 | 21,000 | - | - | - | - | - | - | - | - | - | - | - | - |
| General Conditions | 1,120,383 | | 32,369 | 132,135 | 97,207 | 109,923 | 106,226 | 100,600 | 103,419 | 108,253 | 84,539 | 102,625 | 80,692 | 62,395 | - | - | - | - | - | - | - | - | - | - | - | - |
| GC Fee | 616,210 | | 17,803 | 72,674 | 53,464 | 60,458 | 58,424 | 55,330 | 56,880 | 59,539 | 46,496 | 56,444 | 44,381 | 34,317 | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance | 582,340 | | 72,793 | 72,793 | 72,793 | 72,793 | 36,396 | 36,396 | 36,396 | 36,396 | 36,396 | 36,396 | 36,396 | 36,396 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Hard Costs to Complete** | **13,522,761** | | **446,657** | **1,598,950** | **1,195,532** | **1,342,407** | **1,263,310** | **1,198,322** | **1,230,886** | **1,286,715** | **1,012,818** | **1,221,714** | **968,388** | **757,062** | - | - | - | - | - | - | - | - | - | - | - | - |
| **Other Costs** | | | | | | | | | | | | | | | | | | | | | | | | | |
| DIP Loan Closing Costs [estimated] | 760,000 | | 760,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Reserve | 2,519,000 | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Construction Reserve | 677,239 | $677,239.00 | 56,437 | 56,437 | 56,437 | 56,437 | 56,437 | 56,437 | 56,437 | 56,437 | 56,437 | 56,437 | 56,437 | 56,437 | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Contingency | 83,541 | $83,540.57 | 83,541 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2025 Condo Charges Reserve | 534,031 | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Other Costs** | **4,573,810** | | **899,977** | **56,437** | **56,437** | **56,437** | **56,437** | **56,437** | **56,437** | **56,437** | **56,437** | **56,437** | **56,437** | **56,437** | - | - | - | - | - | - | - | - | - | - | - | - |
| **Maximum Loan Amount** | **22,000,001** | | **4,495,209** | **1,655,387** | **1,303,499** | **1,398,844** | **1,369,747** | **1,795,084** | **1,312,323** | **1,368,152** | **1,094,255** | **1,278,151** | **1,024,825** | **831,499** | - | - | **5,000** | - | - | **5,000** | - | - | **5,000** | - | - | **5,000** |

| | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maximum Loan Amount | | $22,000,000 | | | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance: | | | - | 3,735,209 | 5,390,595 | 6,694,094 | 8,092,937 | 9,462,684 | 11,257,768 | 12,570,090 | 13,938,242 | 15,032,496 | 16,310,647 | 17,335,471 | 18,166,970 | 18,166,970 | 18,166,970 | 18,171,970 | 18,171,970 | 18,171,970 | 18,176,970 | 18,176,970 | 18,176,970 | 18,181,970 | 18,181,970 | 18,181,970 |
| Draws | | $18,186,970 | 3,735,209 | 1,655,387 | 1,303,499 | 1,398,844 | 1,369,747 | 1,795,084 | 1,312,323 | 1,368,152 | 1,094,255 | 1,278,151 | 1,024,825 | 831,499 | - | - | 5,000 | - | - | 5,000 | - | - | 5,000 | - | - | 5,000 |
| Interest Paid | | $2,908,798 | - | 45,218 | 54,341 | 67,887 | 76,816 | 94,434 | 105,443 | 113,148 | 126,098 | 132,406 | 145,416 | 152,391 | 137,644 | 152,391 | 147,516 | 152,433 | 147,516 | 152,475 | 152,475 | 147,557 | 152,517 | 147,597 | 152,517 | 152,559 |
| Ending Balance | | | 3,735,209 | 5,390,595 | 6,694,094 | 8,092,937 | 9,462,684 | 11,257,768 | 12,570,090 | 13,938,242 | 15,032,496 | 16,310,647 | 17,335,471 | 18,166,970 | 18,166,970 | 18,166,970 | 18,171,970 | 18,171,970 | 18,171,970 | 18,176,970 | 18,176,970 | 18,176,970 | 18,181,970 | 18,181,970 | 18,181,970 | 18,186,970 |
| UST Rough Calculation | | $139,410 | 51,530 | - | - | 35,155 | - | - | 28,843 | - | - | 23,721 | - | - | 40 | - | - | 40 | - | - | 40 | - | - | 40 | - | - |

| | | |
|---|---|---|
| Net to Borrower | 18,721,001 | Including reserves |
| Origination Fee & Broker Fee | $660,000 | 3.00% |
| Application Fee | $0 | $40,000, including the $15,000 pre-paid deposit funded by third parties. Is not included in the budget since will be credited towards closing costs |
| Lender Legal | $50,000 | |
| Closing Costs | $50,000 | |
| Broker Fee | $0 | |
| **Total Closing Costs** | **$760,000** | |
| Interest Reserve | $2,519,000 | 9.74134% |
| Maximum Loan Amount | 22,000,001 | |
| | 1 | |

| | |
|---|---|
| Origination Fee | $660,000.00 |
| Outstanding RE Taxes | $2,820,564.00 |
| 2025 Ad-Valorem Tax Reserve | $490,325.00 |
| Hard Costs to Finish Project | $13,522,761.00 |
| Construction Reserve | $677,239.00 |
| DIP Loan Interest Reserve | $2,519,000.00 |
| Closing Costs | $50,000.00 |
| Lender's Legal Fee | $50,000.00 |
| Ch 11 Professional Fees | $275,000.00 |
| Post-Petition Condo Charges | $178,010.12 |
| 2025 Condo Charges Reserve | $534,030.36 |
| Other Contingency | $223,070.52 |
| **Total** | **$22,000,000.00** |

| TRADE | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL REQUIREMENTS | $95,500 | $11,938 | $11,938 | $11,938 | $11,938 | $5,969 | $5,969 | $5,969 | $5,969 | $5,969 | $5,969 | $5,969 | $5,969 |
| WOOD, PLASTICS & COMPOSITES | $2,727,662 | $280,000 | $325,000 | $325,000 | $300,000 | $300,000 | $280,000 | $220,000 | $220,000 | $160,000 | $140,000 | $140,000 | $37,662 |
| THERMAL & MOISTURE PROTECTION | $310,800 | $31,754 | $36,857 | $36,857 | $34,022 | $34,022 | $31,754 | $24,949 | $24,949 | $18,145 | $15,877 | $15,877 | $5,738 |
| OPENINGS | $258,336 | | $40,000 | $65,000 | $65,000 | | | $55,000 | $33,336 | | | | |
| FINISHES | $2,620,232 | | $350,000 | | $250,000 | $250,000 | $250,000 | $250,000 | $250,000 | $250,000 | $250,000 | $250,000 | $270,232 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPECIALTIES | $179,010 | | $45,000 | $50,000 | | | | | $35,000 | $35,000 | $14,010 | | |
| APPLIANCES | $246,400 | | $49,280 | | | | | | | | $197,120 | | |
| FIRE SUPPRESSION | $226,800 | | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $25,000 | $18,000 | $8,800 | |
| PLUMBING | $1,498,700 | | $160,000 | $145,000 | $145,000 | $145,000 | $145,000 | $145,000 | $220,000 | $88,000 | $122,000 | $122,000 | $61,700 |
| MECHANICAL | $1,026,000 | | $93,273 | $93,273 | $93,273 | $93,273 | $93,273 | $93,273 | $93,273 | $93,273 | $93,273 | $93,273 | $93,273 |
| ELECTRICAL | $1,834,380 | | $185,000 | $175,000 | $175,000 | $175,000 | $175,000 | $175,000 | $175,000 | $150,000 | $150,000 | $150,000 | $149,380 |
| ELEVATOR ( ALLOWANCE) | $180,000 | | | $45,000 | | $34,000 | | $40,000 | | $20,000 | $20,000 | $21,000 | |
| | | | | | | | | | | | | | |
| SUBTOTAL | $11,203,820 | $323,692 | $1,321,348 | $972,068 | $1,099,233 | $1,062,264 | $1,005,996 | $1,034,191 | $1,082,527 | $845,387 | $1,026,249 | $806,919 | $623,954 |
| GENERAL CONDITIONS | $1,120,382 | $32,369 | $132,135 | $97,207 | $109,923 | $106,226 | $100,600 | $103,419 | $108,253 | $84,539 | $102,625 | $80,692 | $62,395 |
| | | | | | | | | | | | | | |
| SUBTOTAL | $12,324,202 | $356,061 | $1,453,483 | $1,069,275 | $1,209,156 | $1,168,490 | $1,106,596 | $1,137,610 | $1,190,780 | $929,926 | $1,128,874 | $887,611 | $686,349 |
| FEE | $616,210 | $17,803 | $72,674 | $53,464 | $60,458 | $58,424 | $55,330 | $56,880 | $59,539 | $46,496 | $56,444 | $44,381 | $34,317 |
| | | | | | | | | | | | | | |
| SUBTOTAL | $12,940,412 | $373,864 | $1,526,157 | $1,122,739 | $1,269,614 | $1,226,914 | $1,161,926 | $1,194,490 | $1,250,319 | $976,422 | $1,185,318 | $931,992 | $720,666 |
| INSURANCE | $582,341 | $72,793 | $72,793 | $72,793 | $72,793 | $36,396 | $36,396 | $36,396 | $36,396 | $36,396 | $36,396 | $36,396 | $36,396 |
| | | | | | | | | | | | | | |
| SUBTOTAL | $13,522,753 | $446,657 | $1,598,950 | $1,195,532 | $1,342,407 | $1,263,310 | $1,198,322 | $1,230,886 | $1,286,715 | $1,012,818 | $1,221,714 | $968,388 | $757,062 |
| CONTINGENCY | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| | | | | | | | | | | | | | |
| TOTAL | $13,522,753 | $446,657 | $1,598,950 | $1,195,532 | $1,342,407 | $1,263,310 | $1,198,322 | $1,230,886 | $1,286,715 | $1,012,818 | $1,221,714 | $968,388 | $757,062 |