**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

In re:                                                                    Chapter 11

MADISON 33 OWNER, LLC,                                  Case No. 24-11463 (PB)

                              Debtor.
--------------------------------------------------------------x

### ORDER GRANTING *EX PARTE* MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE EXPEDITED HEARING ON THE MOTION OF THE DEBTOR IN FAVOR OF RELIEF ENFORCING AND EXTENDING AUTOMATIC STAY AND AWARDING SANCTIONS FOR STAY VIOLATIONS

Upon the *Ex Parte Motion to Shorten Notice Period and Schedule Expedited Hearing on Motion of the Debtor in Favor of Relief Enforcing and Extending Automatic Stay and Awarding Sanctions for Stay Violations*, dated February 18, 2025 (the "Stay Motion")[1], pursuant to 11 U.S.C. § 105(a), Bankruptcy Rules 9006(c) and 9077, and Local Rule 9006-1(b), of the Debtor to shorten the notice period and schedule an expedited hearing on the Stay Motion; and upon the Pasternak Declaration submitted with the Expediting Motion pursuant to Local Rule 9077-1; and the Court having jurisdiction to consider and determine the Expediting Motion as a core proceeding in accordance with 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no further notice of the relief requested in the Expediting Motion need be provided; and the Court having determined that the relief requested in the Motion is in the best interest of the Debtor, its estate, its creditors, and all parties in interest, and that the legal and factual bases set forth in the Expediting Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Expediting Motion is granted as set forth herein; and it is further

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stay Motion.

**ORDERED**, that the otherwise applicable notice period is hereby shortened under Bankruptcy Rule 9006(c)(1), as set forth herein; and it is further

**ORDERED**, that a hearing to consider the Stay Motion shall be held on **February 25, 2025 at 4:00 p.m.** (prevailing Eastern Time) (the "Hearing") before the Honorable Philip Bentley, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 601, New York, New York 10004-1408.  The Hearing will be an evidentiary hearing. Participants are required to register their appearance by 4:00 p.m. the day before the Hearing at http://www.nysb.uscourts.gov/ecourt-appearances; and it is further

**ORDERED**, that the Debtor shall cause notice of the Hearing to be provided by causing a copy of this Order and the Stay Motion to be served on all creditors and parties in interest, including parties who filed notices of appearance in these chapter 11 cases, and the United States Trustee via (a) electronic notice on all parties receiving ECF notification or whose email addresses are known to the Debtor, and (b) overnight mail on all other parties by no later than **February 18, 2025**; and it is further

**ORDERED**, that the service of the Stay Motion and this Order as provided herein shall be deemed sufficient notice; and it is further

**ORDERED**, that responses or objections to the relief requested by the Stay Motion must be in writing and shall be filed with the Court (with a courtesy copy delivered to Chambers) and served on counsel for the Debtor via email to jsp@dhclegal.com and rlr@dhclegal.com so as to be actually received by no later than **February 24, 2025 at 11:00 a.m.**; and it is further

**ORDERED**, that the Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
       February 18, 2025

/s/ Philip Bentley
**Hon. Philip Bentley**
**United States Bankruptcy Judge**