**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Madison 33 Owner LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-11463 (PB) |

**ORDER DENYING DEBTOR'S MOTION TO ENFORCE AND EXTEND**
**AUTOMATIC STAY AND AWARD SANCTIONS**

Upon the motion dated February 18, 2025 of Madison 33 Owner, LLC, the above-captioned debtor and debtor-in possession (the "**Debtor**"), to enforce and extend the automatic stay and award sanctions [Docket No. 84] (the "**Motion**"); and an Objection having been filed by 172 NB LLC on February 25, 2025 [Docket No. 92] (the "**Objection**"); and it appearing that the Court has jurisdiction to consider the Motion and the Objection; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the testimony taken and evidence presented at the evidentiary hearing held on February 26, 2025 (the "**Hearing**"), the Court having determined, for the reasons stated in its February 27, 2025 bench ruling, that the relief sought by the Debtor is not warranted; and after due deliberation, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is denied in its entirety.

2. This Court shall retain jurisdiction with respect to all matters arising from or related

to the implementation or interpretation of this Order.

Dated: New York, New York
February 28, 2025

/s/ Philip Bentley
**Hon. Philip Bentley**
**United States Bankruptcy Judge**